IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WILLIAM GRECIA,<br><br>             Plaintiff,<br><br>vs.<br><br>SAMSUNG AUSTIN SEMICONDUCTOR, LLC<br><br>             Defendant. | Civil Action File No.: 6:21-cv-00131<br><br>JURY TRIAL DEMANDED |

# EXHIBIT B

# CLAIM CHART

# U.S. Patent #8,402,555: Samsung Knox
Filing, Trial, SJ Chart

| Claim 17 | Analysis | Select Evidence |
|---|---|---|
| The computer program product of claim 15, wherein the computer program product facilitates access rights authentication for the encrypted digital media, the branding request is an access request, and wherein the read or write request of metadata is performed in connection with a combination of a memory, CPU, server, database, and cloud system; the access request is generated by either a human user, a machine, or a human programmed computerized device; the access request further comprises a membership verification token and a rights token; wherein the rights token is a flag indicating the verification token is successfully verified. | Samsung Knox computer program product is capable of facilitating access to Knox Enabled Apps (KEA). Samsung Knox computer program product is capable of requesting KEA app access request generated by a machine (e.g., "Knox Platform is anchored in the actual chipset of the device… Samsung phones, tablets, and wearables") Samsung Knox computer program product is capable of a read or write request of KEA app metadata (required to operate, see evidence to the right) that can be performed in connection with a combination of: Knox device CPU; Knox device memory; Knox License Manager; Knox user database, and Knox Cloud Solutions Samsung Knox computer program product is capable of recognizing a Samsung Knox account (membership verification token) and a Access Token (rights token). The Access Token is a flag for the Knox computer program product that the Samsung Knox is successfully verified. | ## What is Samsung Knox?<br>Samsung Knox is a combination of a proven security foundation built into Samsung devices, and a mature suite of business solutions leveraging this platform, Secured by Knox.<br> + <br>**Knox security platform** — The Knox platform is anchored in the actual chipset of the device during the manufacturing stage. Knox protects both businesses and consumers using Samsung phones, tablets, and wearables.<br>**Knox cloud solutions** — Our portfolio of Knox cloud solutions allows businesses to configure, customize, deploy, and manage their devices to meet various and specific needs.<br>Source: https://www.samsungknox.com/en/about-knox<br><br>Additional information (metadata) is required to operate as a KEA app. When a KEA app is installed in KEA-capable devices, the device detects the metadata and authenticates the app through a Knox License Manager (KLM) Server. Once authenticated, the KEA workspace is created and the app is installed inside the workspace, including the configuration of the *SE for Android Management Service* (SEAMS) container.<br><br>Source: https://web.archive.org/web/20201216184802/https://images.samsung.com/is/content/samsung/p5/global/business/mobile/SamsungKnoxSecuritySolution.pdf<br><br>## Tutorial: Generate access token<br>Register for a Samsung Knox account.<br>Now that you have successfully generated your access token, you can call a Knox Cloud Service API. See the API reference for your Knox service for details.<br>Source: https://docs.samsungknox.com/dev/knox-cloud-authentication/tutorial.htm |

| | | |
|---|---|---|
| (15) A computer program product for use with a computer, the computer program product comprising a non-transitory computer usable medium having a computer readable program code stored therein for monitoring access to an encrypted digital media, the method facilitating interoperability between a plurality of data processing devices, the computer program product performing the steps of:<br><br>receiving an encrypted digital media access branding request from at least one communications console of the plurality of data processing devices, the branding request being a read or write request of metadata of the encrypted digital media, the request comprising a membership verification token provided by a first user, corresponding to the encrypted digital media; | Samsung Knox is a computer program product for use with Samsung devices (e.g., computers) that is "tied" to operating system code stored in Samsung device storage (see page 1 "chipset" admission evidence).<br><br><br><br>Samsung Knox computer program product is capable of receiving an access read or write request of Knox encrypted data associated metadata comprising a Knox Account (membership verification token) from at least one communication console of a Knox device of a plurality of over 286 Knox devices, see:<br>https://www.samsungknox.com/en/knox-platform/supported-devices | <br><br>Source: https://docs.samsungknox.com/admin/knox-platform-for-enterprise/faqs/faq-115013574647.htm<br><br>Source: https://www.samsungknox.com/en/about-knox<br><br><br><br>Source: https://docs.samsungknox.com/Knox-Manage-Admin-Getting-Started/Content/log-in-to-admin-portal.htm#Log |

| authenticating the membership verification token, the authentication being performed in connection with a token database; | Samsung Knox computer program product is capable of authenticating the Knox Account (membership verification token) with a Knox Account database (e.g., "If you enter your password incorrectly 5 consecutive times, your account will be locked for 10 minutes"). | <br>Source: https://docs.samsungknox.com/Knox-Manage-Admin-Getting-Started/Content/log-in-to-admin-portal.htm#Log |
|---|---|---|

| | | |
|---|---|---|
| establishing a connection with the at least one communications console wherein the communications console is a combination of a graphic user interface (GUI) and an Applications Programmable Interface (API) protocol wherein the API is related to a verified web service, the verified web service capable of facilitating a two way data exchange to complete a verification process; | Samsung Knox computer program product communications console comprises a GUI (e.g., Android Knox UI) and a Knox API protocol which is related to and capable of establishing a connection to the Knox Web Services. | **Android P Knox Workspace Tabbed UI view**<br>Here is the new tabbed UI.<br><br>Notice how there is a **Personal** and **Workspace** tab – simply tapping either instantly switches between the Workspace and Personal mode. Authentication is still required to access the Workspace and is determined by the settings set up by the device user or the IT Admin.<br><br><br><br>If you see the following badges, rest assured that you are protected by Knox Workspace.<br>○ **Secured by Knox:** The Knox Workspace app drawer has a "Secured by Knox" in the bottom right corner.<br>○ **Blue shield on app icon:** Knox Workplace apps have a blue shield in the bottom right corner.<br><br><br><br>Source: https://www.samsungknox.com/en/blog/knox-workspace-3-2-1-new-tab-based-ui-in-android-p<br><br>**Web Services**<br>- Knox Cloud Authentication—Use this REST API to get JWT tokens for the KDP, KME, and KG services.<br>- Knox Deployment Program (KDP)—Use these REST APIs to associate purchased Samsung devices with enterprises. Get authentication tokens from the Knox Cloud Authentication service.<br>- Knox Mobile Enrollment (KME)—Use these REST APIs to assign an Mobile Device Management (MDM) solution to devices. Get authentication tokens from the Knox Cloud Authentication service.<br>- Knox Configure (KC)—Use these REST APIs to provision and configure devices. Get authentication tokens from the Knox Cloud Authentication service.<br>- Knox Attestation—Use these REST APIs to verify that a Samsung device is running authorized firmware. Get authentication tokens from the Knox Partner Portal > Go to Dashboard > License Keys > My License Keys > Get a License > Attestation REST API Key.<br>- Knox E-FOTA—Use these REST APIs to upgrade the firmware on Samsung devices. Get authentication tokens from the Knox Partner Portal > Go to Dashboard > License Keys > My License Keys > Get a License > Knox E-FOTA REST API Key.<br><br>Source: https://docs.samsungknox.com/dev/common/developer-tools.htm |

| | | |
|---|---|---|
| requesting at least one electronic identification reference from the at least one communications console wherein the electronic identification reference comprises a verified web service account identifier of the first user;<br><br>receiving the at least one electronic identification reference from the at least one communications console; | Samsung Knox computer program product is capable of requesting and receiving a Knox Web Service account identifier (IMEI/MEID). | Source: https://docs.samsungknox.com/admin/knox-mobile-enrollment/configure-devices.htm<br><br>## What's new in Knox Mobile Enrollment<br><br>Find out what's new in these releases of the Knox Mobile Enrollment REST APIs:<br><br>- The `PUT /kcs/v1/kme/devices/unassignProfile` API was updated to accept device IMEIs and serial numbers in the `deviceIds` parameter in the request body.<br><br>Source: https://docs.samsungknox.com/dev/knox-mobile-enrollment/whats-new.htm?Highlight=imei |

| | | |
|---|---|---|
| and branding metadata of the encrypted digital media by writing the membership verification token and the electronic identification reference into the metadata. | Samsung Knox computer program product is capable of writing the Knox Account (membership verification token) and the Knox Web Service web service account identifier (IMEI/MEID) into the Knox metadata (e.g., "metadata collected for every flow that is created on the device for sending and receiving application data"). | **NetworkAnalytics**<br><br>extends Object<br><br>java.lang.Object<br>↳com.samsung.android.knox.net.nap.NetworkAnalytics<br><br>**Class Overview**<br><br>This class provides APIs for registration of configuration profiles for the process of collecting network activity meta-data on the device. Knox provides MDM authorized network monitor applications (NPA Clients) to obtain meta-data about networking related activity by applications on the device. <u>This meta-data, which is collected by the framework for every flow that is created on the device for sending and receiving application data</u> over network interfaces, contains data points such as source and destination IP of the flow, the domain associated with the destination IP, time of creation and termination of the flow, number of bytes of data transfered through the flow, name of the process that created the flow, identifier of the application package of the process that created the flow etc.<br><br>Source: https://docs.samsungknox.com/devref/knox-sdk/reference/com/samsung/android/knox/net/nap/NetworkAnalytics.html |